No. 25303.

PHIL A. BRITTO AND VERNON L. McKIM *v.* DISTRICT COURT IN AND FOR THE CITY AND COUNTY OF DENVER, SECOND JUDICIAL DISTRICT, AND GILBERT A. ALEXANDER, A JUDGE THEREOF.
(489 P.2d 1304)

Decided October 26, 1971.

LARRY V. JOHNSON, for petitioners.

JARVIS W. SECOMBE, District Attorney, Second Judicial District, COLEMAN M. CONNOLLY, Deputy, KATHIE L. BLACKMAN, Deputy, for respondents.

*En Banc.*

Per Curiam.

RULE to show cause directed to the Respondents herein was issued and in response thereto the District Attorney of the City and County of Denver, appearing for the Respondents, has confessed that the District Court does not have jurisdiction over the particular offenses charged and that proper venue is in Jefferson County.

The rule is made absolute.